ASPINWALL, administrator, &c. *v.* PIRNIE and others, executors, &c.

---

The R. S. which require an executor to elect between a legacy given for services and compensation allowed by statute, do not act retrospectively; and an executor under a will proved before 1830, is entitled to both.

April 23,
1844.

Executors.
Compensation.
Legacy.
Election.

A TESTATOR, James Murray, who died on the thirteenth of February, in the year one thousand eight hundred and twenty-eight, had bequeathed to an executor three hundred dollars for care and trouble. The question was, whether such executor could also take commissions? THE VICE-CHANCELLOR decided, that the executor, in this case, was entitled to both legacy and commissions, inasmuch as the, will took effect before the revised statutes which require an executor to make his election: 2 R. S. 93, § 59. The revised statutes not operating retrospectively in this matter.

Mr. *M. Hoffman*, for complainant.

Mr. *Gerard* and Mr. *Platt*, for the executor.